# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARTHA ELAINE GARVIN,

        Plaintiff,

v.                                                       Case No: 6:20-cv-75-Orl-78GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Defendant's Unopposed Motion for Remand Under Sentence Four ("**Motion to Remand**," Doc. 20). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 21), in which he recommends that the motion be granted.

After an independent de novo review of the record and noting the parties have no objection in their Joint Statement in Response to the Report and Recommendation (Doc. 22), this Court agrees entirely with the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Remand (Doc. 20) is **GRANTED**.

3. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings consistent with the Motion to Remand.

4. The Clerk is directed to enter judgment in favor of Plaintiff and close this case.

**DONE AND ORDERED** in Orlando, Florida on June 29, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record